FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2009 APR -6 PM 5: 12

CLERK _____
SO. DIST. OF GA.

## IN THE UNITED STATES DISTRICT COURT FOR
### THE SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

LAWRENCE WINKLES,      )
                           )
     Petitioner,     )
                           )
v.                     )     CASE NO. CV408-088
                           )
ANTHONY WASHINGTON, and   )
ATTORNEY GENERAL OF THE STATE  )
OF GEORGIA,          )
                           )
     Respondents.    )
                           )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 11), to which objections[1] have been filed (Docs. 12 & 13). After a careful de novo review, including a de novo review of the records of all State Court proceedings (Doc. 8, Attach. 1, 2 & 3), the Court **ADOPTS** the Magistrate Judge's Report and Recommendation. The § 2254 Petition is **DENIED**. The **Clerk of Court** is **DIRECTED** to **close this case**.

SO ORDERED this **6**th day of April, 2009.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Petitioner filed a letter and affidavit in response after the Report and Recommendation was entered. (Docs. 12 & 13.) The Court construes these as objections to the Magistrate Judge's Report and Recommendation. See Espey v. Wainwright, 734 F.2d 748, 749-50 (11th Cir. 1984).